

## Fourth Court of Appeals
### San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-25-00702-CV

**CITY OF SAN ANTONIO**,
Appellant

v.

Jeffrey **SCHAAK**,
Appellee

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2024-CI-11619
Honorable Cynthia Marie Chapa, Judge Presiding

PER CURIAM

Sitting:     Rebeca C. Martinez, Chief Justice
             Irene Rios, Justice
             Lori I. Valenzuela, Justice

Delivered and Filed: February 11, 2026

DISMISSED

On January 30, 2026, appellant the City of San Antonio filed an unopposed motion to dismiss this appeal, end the automatic stay, and immediately issue the mandate. The motion states that the parties agree to bear their own appellate court costs. The certificate of conference states that the parties have conferred and that appellee Jeffrey Schaak is unopposed. *See* TEX. R. APP. P. 10.3(a)(2). Therefore, we grant the motion and dismiss this appeal. *See id.* R. 42.1(a)(1); 43.2(f). We order the clerk of the court to immediately issue the mandate. *See id.* R. 18.1(c). The automatic

stay imposed by Texas Civil Practice and Remedies Code section 51.014(b) will automatically expire upon issuance of the mandate. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 51.014(b); *In re Madison*, 722 S.W.3d 864, 865 (Tex. 2025) (per curiam) ("[W]hen the appellate mandate issues, the automatic stay expires."). We order costs of the appeal taxed against the party who bore them.

PER CURIAM